**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAVID VANCE**                                                                                  **PLAINTIFF**
**ADC #149096**

**VS.**                         **5:16CV00148 BRW/PSH**

**WENDY KELLY** *et al*                                                         **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Plaintiff's motion for a preliminary injunction and temporary restraining order (Doc. No. 12) is DENIED.

IT IS SO ORDERED this 14th day of July, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE