IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID VANCE                                                                                              PLAINTIFF
ADC #149096

VS.                                       5:16CV00148 BRW/PSH

WENDY KELLEY *et al*                                                                          DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, Plaintiff's Motion to Amend (Doc. No. 22) is GRANTED. Plaintiff's complaint includes a claim for relief for pain and suffering and Vance's jury demand is noted for the record. His claims against defendants Wendy Kelley and William Straughn are DISMISSED.

IT IS SO ORDERED this 2nd day of September, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE