IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID VANCE                                                                                    PLAINTIFF
ADC #149096

VS.                                    5:16-cv-00148 BRW

SHIRLEY HUDSON                                                                          DEFENDANT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Hudson's motion for summary judgment (Doc. No. 45) is GRANTED, and Vance's claims against her are DISMISSED WITH PREJUDICE.

I certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 12th day of February, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE