IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID VANCE** **PLAINTIFF**
**ADC #149096**

VS. 5:16-cv-00148 BRW

**SHIRLEY HUDSON** **DEFENDANT**

## JUDGMENT

Based on the order filed today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of February, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE